AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 06 2018
ARTHUR JOHNSTON
BY ________ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Derrick Ford
*Petitioner*

v.

Victor Mason (sheriff)
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:18-cv-846-HTW-LRA
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Derrick Ford
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Hinds County Detention Center
   (b) Address: 1447 County Farm Rd.
   Raymond, MS 39154
   (c) Your identification number: 77000594418
3. Are you currently being held on orders by:
   ❒ Federal authorities ☑ State authorities ❒ Other - explain:
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ❒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ❒ Being held on an immigration charge
   ❒ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☑ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: ______
   (b) Docket number, case number, or opinion number: ______
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: ______
   (d) Date of the decision or action: ______

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes ☑ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing: ______
   (3) Docket number, case number, or opinion number: ______
   (4) Result: ______
   (5) Date of result: N/A
   (6) Issues raised: ______

(b) If you answered "No," explain why you did not appeal: the Issues weren't appealable

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result: N/A

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: Same as before

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing: N/A

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: // //
N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing: N/A

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing: N/A

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Motion for bond review

(b) Name of the authority, agency, or court: Hinds County circuit Court

(c) Date of filing: Oct. 29, 2018

(d) Docket number, case number, or opinion number: 18-391

(e) Result: still pending

(f) Date of result:

(g) Issues raised: Bond review

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: is Petitioner's rigth to Due Process being violated

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was arrested June 21, 2018. He attended his palimanary hearing August 2, 2018. Since that date there has been no hearing ~~on the~~ his motions, nor, has he been taken before the Senior Judge for a Judical Review pursuant to an order Dated September 23, 2013

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

GROUND TWO: is Petitioner deied effective Assistance of counsel

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Not only has he failed to file all the necessary motion on my behalf, he did'nt represent me to his fullest potential at the palimarary. The investigater told him he had no evidance or anything but insted of him have it thrown out he had the bond lowered

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

GROUND THREE: is petitioners detainment Illegal because of states failure to indict within the 90 day time frame.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was taken to his preliminary hearing August 2, 2018 according to an order signed by Judge william Skinner that says if the defendant is not served a capais after indictment by November 2, 2018 he is to be taken before the Senior Judge. AND the prosecutor shall show good cause why the accused shall remain incarcerated.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

GROUND FOUR: is Petitioner being denied his constitutional Right to a Speedy trail

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: petitioner was arrested June 21, 2018 he attended his prelimanary hearing august 2, 2018. As of this date, Dec 1, 2018 it has been 163 days since the petitioner was arrested, and charged, Petitoner still has not been indicted or arraigned, So there is no probable cause for detention

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

N/A

**Request for Relief**

15. State exactly what you want the court to do: Petitioner claim for Relief is that For the violation rigth to due process, Illegal detainment and violation of speedy trial (1) He be released from custody, compensated for lost wages, and given $ 20.000 dollars in punitive damages for his mental anguish, and any other relief the Court deems neccessary.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
December 2, 2018

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: December 2, 2018

Derrick Ford
*Signature of Petitioner*

_______________________________
*Signature of Attorney or other authorized person, if any*