# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DERRICK FORD**                                                          **PETITIONER**

**V.**                                      **CIVIL ACTION NO. 3:18-CV-846 HTW-LRA**

**SHERIFF VICTOR MASON**                                       **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Said document was filed on January 8, 2020 [**Docket no. 12**]. To date, Petitioner has filed no objections to the Report and Recommendation of the United States Magistrate Judge. Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 12]** is hereby **ADOPTED** as the order of this Court.

Further, this Court hereby **DISMISSES** the Petition as moot. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 3rd day of February, 2020.**

                                                            **/s/HENRY T. WINGATE**
                                                            **UNITED STATES DISTRICT COURT JUDGE**